A.R.D.C. No. 6186356

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH MASSENGIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No: |
| | ) |
| JASON JOE JOHNSON and BRAKEBUSH | ) |
| BROTHERS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

NOW COME the defendants, JASON JOE JOHNSON and BRAKEBUSH BROTHERS, INC., by and through their attorneys, MAISEL & ASSOCIATES, and pursuant to 28 USC §1441 and §1446, seek to remove this cause to the United States District Court for the Northern District of Illinois. In further support hereof, these defendants state as follows:

1. On June 20, 2019, there was commenced and now pending in the Circuit Court of Cook County, Illinois, a certain civil action under case number 2019 L 6827, in which the plaintiff, Deborah Massengil, is seeking recovery for personal injuries as a result of a motor vehicle accident which allegedly occurred on May 29, 2018 in Chicago, Illinois.

2. This lawsuit brought by the plaintiff, Deborah Massengil, seeks recovery for damages and personal injuries based on a negligence theory. The named defendants are Jason Joe Johnson and Brakebush Brothers, Inc. The plaintiff, Deborah Massengil, is a citizen of the State of Illinois. Defendant, Jason Joe Johnson, is a citizen of the State of Michigan and Brakebush Brothers, Inc. is a citizen of the State of Wisconsin.

3.  The aforementioned lawsuit brought by the plaintiff seeks damages in excess of $75,000.00.

4.  These defendants state that the lawsuit brought on behalf of Deborah Massengil involves a controversy with complete diversity of citizenship between citizens of different states. These defendants affirmatively state that:

   a.  The plaintiff was at the commencement of this action, and is now, a citizen of the State of Illinois.

   b.  The defendant, Brakebush Brothers, Inc. is a corporation duly created and organized under the laws of Wisconsin with its principal place of business in Wisconsin and was not created or organized under the laws of the State of Illinois, nor does it have its principal place of business in Illinois. The defendant, Brakebush Brothers, Inc., is a citizen of the State of Wisconsin.

   c.  The defendant, Jason Joe Johnson, was at the commencement of this action, and is now, a citizen of the State of Michigan and resides at 3875 River Street, Quinnesec, Michigan.

5.  Since this matter involves a controversy between individuals who are citizens of the State of Illinois, a corporation that is a citizen of the State of Wisconsin, as well as an individual who is a citizen of the State of Michigan, this defendant requests removal of this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division. Attached hereto and made a part hereof as Group Exhibit "A" are copies of the following documents filed by the plaintiff and the defendant in the Circuit Court of Cook County, Illinois under case number 2019 L 6827:

   a.  Plaintiff's Complaint at Law;

   b.  Summons directed to Brakebush, Brothers, Inc.;

   c.  Summons directed to Jason Joe Johnson;

d.  Appearance and Jury Demand on behalf of Brakebush Brothers, Inc. and Jason Joe Johnson.

e.  Letter from plaintiff's counsel itemizing special damages of $48,907.00 and containing a settlement demand of $155,000.00.

WHEREFORE, the defendants, JASON JOE JOHNSON and BRAKEBUSH BROTHERS, INC., pray that they may affect removal of this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division, and that this matter be tried before a jury.

Respectfully submitted,

MAISEL & ASSOCIATES

By: /s/Joseph J. Wilson

MAISEL & ASSOCIATES
Attorney for Defendant
**Mailing Address**
P.O. Box 64093
St. Paul, MN 55164-0093
Phone: (312) 458-6500
Fax: (855) 821-7317
General Email: RPMLaw1@Travelers.com