Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
6/20/2019 9:28 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L006827

5484739

FILED DATE: 6/20/2019 9:28 AM 2019L006827

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
LAW DIVISION

| | |
|---|---|
| DEBORAH MASSENGIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2019L006827 |
| Vs. | ) |
| | ) |
| Jason Joe Johnson and Brakebush Brother, | ) |
| Inc., a Michigan corporation, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AT LAW

NOW COMES Plaintiff, Deborah Massengil, by and through her attorneys, RUBENS, KRESS & MULHOLLAND, and complaining against Defendants Jason Joe Johnson and Brakebush Brother, Inc., states as follows:

### COUNT I

1. On May 29, 2018, at approximately12:00 p.m., Plaintiff Deborah Massengil (hereinafter, "Massengil") was working for the Chicago Transit Authority as a bus operator.

2. That on May 29, 2018, Plaintiff Massengil was operating bus No. 1995 westbound along Fullerton Avenue, a public street located in the City of Chicago, State of Illinois.

3. That at said time, Plaintiff Massengil stopped CTA bus No. 1995 at the designated CTA bus stop along westbound Fullerton Avenue, just east of the intersection of Fullerton Avenue and Pulaski Road, both being public streets located in the City of Chicago, State of Illinois.

5. That at said time and place, while remaining parked at the aforementioned designated CTA bus stop, Plaintiff Massengil completed her shift and then and there switched

Page 1 of 6

out as the bus operator for bus No. 1995 with Josephine Woolfolk (hereinafter "Woolfolk"), a fellow CTA bus operator.

6. That at said time and place, when CTA bus operator Woolfolk began operating bus No. 1995, Plaintiff Massengil remained on bus No. 1995 as a standing passenger.

7. That at said time and place, for a short period of time while she prepared to operate the bus, CTA bus operator Woolfolk remained in the westbound, curb lane on Fullerton Avenue just east of its intersection with Pulaski Road.

8. That at the aforesaid time and place, Defendant Jason Johnson (hereinafter "Johnson"), was operating a semi-truck westbound on Fullerton Avenue at or near its intersection on Pulaski Road both being public streets in the City of Chicago, State of Illinois.

9. That at aforesaid time and place, the truck was owned and maintained by Brakebush Brother, Inc.

10. That at the aforesaid time and place, Defendant Johnson was working as an employee, agent and/or representative of Defendant Brakebush Brother, Inc. while operating the semi-truck.

11. That at the aforesaid time and place, and at all relevant times, Defendant Johnson was operating his semi-truck in the middle lane of westbound Fullerton Avenue as he approached the intersection of Fullerton Avenue and Pulaski Road.

12. That at the aforesaid time and place, CTA bus operator Woolfolk proceeded westbound on Fullerton Avenue in the curb lane toward the aforementioned intersection of Fullerton Avenue and Pulaski Road.

13. That at the aforesaid time and place, the CTA bus being operated by Woolfolk neared the aforementioned intersection and came to a stop as the first vehicle in the curb lane on westbound Fullerton Avenue.

14. At that time and in that place, Defendant Johnson while operating his semi-truck as an employee, agent and/or representative of Defendant Brakebush Brother, Inc. attempted to make a right-hand turn onto northbound Pulaski Road from the middle lane of Fullerton Avenue and in doing so cut directly in front of the CTA bus being operated by Woolfolk in the curb lane of westbound Fullerton Avenue.

15. That at the aforesaid time and place, as Defendant Johnson attempted to make the right hand turn he caused the passenger side of the semi-truck's trailer to collide with great force with the front driver's side of the CTA bus being operated by Woolfolk.

16. Defendant Johnson as an employee, agent and/or representative of Defendant Brakebush Brother, Inc., was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

   a. Carelessly and negligently operated and controlled said semi-tractor trailer;

   b. Carelessly and negligently failed to exercise that degree of care and caution that a reasonable person under similar circumstances would have exercised in the operation of said semi-tractor trailer;

   c. Carelessly and negligently failed to keep an adequate, or any, lookout during the operation of said motor vehicle;

   d. Carelessly and negligently operated and controlled said semi-tractor trailer at a speed that was greater than was reasonable having regard for the traffic and the use of said highway, in violation of 625 ILCS 5/11-601;

   e. Carelessly and negligently operated and controlled said semi-tractor trailer when Defendant illegally made a right hand turn from the middle lane of Fullerton Avenue, in violation of 625 ILCS 5/11-701(d);

    f. Carelessly and negligently failed to operate said semi-tractor trailer with good and sufficient brakes, in violation of 625 ILCS 5/12-301;

    g. Carelessly and negligently attempted to make a right hand turn onto northbound Pulaski Road from the middle lane of traffic, when it was not safe and reasonable to do so, in violation of 625 ILCS 5/11-709; and

    h. Was otherwise negligent.

17. Furthermore, at the time of the aforementioned accident, Defendant Brakebush Brother, Inc., was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

    a. Carelessly and negligently failed to properly train Defendant Johnson in the proper and safe operation of a semi-tractor and trailer;

    b. Carelessly and negligently trained Defendant Johnson how to operate and control said semi-tractor/trailer;

    c. Carelessly and negligently failed to train Defendant Johnson how to keep an adequate, or any, lookout during the operation of said motor vehicle;

    d. Failed to properly maintain the semi-tractor trailer:

    e. Carelessly and negligently failed to train and teach Defendant Johnson in the safe operation and control of a semi-tractor trailer, including as to making safe and legal right hand turns along public roads and highways;

    f. Failed to train and teach Defendant Johnson regarding Illinois law (statute 625 ILCS 5/11-709) which specifically prohibits right hand turns from the middle lane of traffic, when it was not safe and reasonable to do so; and

    g. Was otherwise negligent.

18. That one or more of the aforesaid careless or negligent acts, and/or omissions of the Defendants was the proximate cause of said collision and the personal injuries to Plaintiff Massengil hereinafter stated.

19. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendants, Plaintiff sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to her usual duties and affairs, and has lost and will in the future lose the value of that time as aforementioned. Plaintiff suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, Plaintiff, Deborah Massengil, prays for judgment in their favor and against Defendants Jason Joe Johnson and Brakebush Brother, Inc, in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), and costs of this suit.

Respectfully Submitted,

RUBENS KRESS & MULHOLLAND

By: /s Matthew K. Abrams
One of Plaintiff's attorneys

47949
Matthew K. Abrams
RUBENS KRESS & MULHOLLAND
134 N. LaSalle, St, Suite 444
Chicago, Illinois 60602
mka@rkminjurylaw.com
(312) 201-9640

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**LAW DIVISION**

| | |
|---|---|
| DEBORAH MASSENGIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| Vs. ) | |
| ) | |
| Jason Joe Johnson and Brakebush Brother, ) | |
| Inc., a Michigan corporation, ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF DAMAGES PURSUANT TO SUPREME COURT RULE 222**

I, Matthew K. Abrams, being first duly sworn on oath, deposes and states that if I were called upon to testify, I would do so as follows:

1. That I am an attorney at law licensed to practice in the State of Illinois.

2. That I am an Attorney with the law firm of Rubens, Kress & Mulholland, attorneys of record for the Plaintiff.

3. That based upon the information available to me at the present time, the total amount of money damages sought in this matter exceeds $50,000.00.

4. That this Affidavit is submitted in compliance with Supreme Court Rule 222(b).

FURTHER, Affiant sayeth not.

/s Matthew K. Abrams
Matthew K. Abrams

SUBSCRIBED AND SWORN TO
Before me this _____ day
of _____, 20___.

_____
Notary Public

Page 6 of 6

FILED
6/20/2019 2:31 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L006827

5493207

| | |
|---|---|
| **2120 - Served** | **2121 - Served** |
| **2220 - Not Served** | **2221 - Not Served** |
| **2320 - Served By Mail** | **2321 - Served By Mail** |
| **2420 - Served By Publication** | **2421 - Served By Publication** |

**Summons - Alias Summons**  (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

DEBORAH MASSENGIL

(Name all parties)

v.

JASON JOE JOHNSON ET AL.

Case No. 2019L006827

*Please Serve:*
*Scott Sanders on behalf*
*of Brakebush Brother In*
*N 4943 6th Dr.*
*Westfield, WI 53964*

☑ SUMMONS ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons,** not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

6/20/2019 2:31 PM DOROTHY BROWN

Atty. No.: 47949

Atty Name: MATTHEW K ABRAMS

Atty. for: RUBENS KRESS & MULHOLLAN

Address: 134 N LASALLE SWT 444

City: CHICAGO

State: IL Zip: 60602

Telephone: 1312-201-9640

Primary Email: mka@rkminjurylaw.com

Witness: _____

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

FILED DATE: 6/20/2019 2:31 PM 2019L006827

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

**DICKINSON COUNTY SHERIFFS OFFICE • 300 E. D STREET, PO BOX 609, IRON MOUNTAIN, MI 49801 • (906) 774-6262**

## IN THE ILLINOIS CIRCUIT COURT FOR COOK COUNTY

**STATE OF MICHIGAN** ) 
) SS 
**DICKINSON COUNTY** )

Docket No: 19-0768 
Court No: 2019L006827 
Reference No: 
Received: 06/28/2019

PLAINTIFF: DEBORAH MASSENGIL 
vs. 
DEFENDANT: JASON JOE JOHNSON

**Requestor(s)**: RUBENS KRESS & MULHOLLAND 
**Address**: 134 NORTH LASALLE, SUITE 444, CHICAGO, IL 60602 
**Phone**: (312) 201-9640

### SERVED PARTY
Name: JASON JOE JOHNSON 
Party Type: DEFENDANT 
Address: 3875 RIVER STREET, QUINNESEC, MI, 49876

### SERVICE INFORMATION
Document(s): SUMMONS & COMPLAINT 
Type of Service: PERSONAL 
Status: SERVED 
By Serving: JASON JOE JOHNSON 
Location: 300 EAST D STREET, IRON MOUNTAIN, MI 49801 
Comments:

| | Date | Time | Officer | Mileage | Notes |
|---|---|---|---|---|---|
| Attempt | 06/28/2019 | 16:00 | 324 • CHRISTOPHER SMITH | | |
| Attempt | 06/28/2019 | 20:05 | 331 • CHRISTOPHER KUENZER | | |
| Attempt | 07/05/2019 | 10:16 | 321 • KARI LAURENT | | |
| Attempt | 07/06/2019 | 9:45 | 324 • CHRISTOPHER SMITH | | |
| Service ▶ | 07/14/2019 | 12:30 | 317 • JON ALLEN | | SERVED AT THE DICKINSON COUNTY SHERIFF'S OFFICE |

Total Mileage: 0

### FEES
| Date | Item Name | Item Description | Charges | Receipts | Balance |
|---|---|---|---|---|---|
| 07/15/2019 | CIVIL PROCESS 101-000 | SUMMONS & COMPLAINT | $26.00 | | |
| 07/15/2019 | MILEAGE 101-000-627.3 | QUINNESEC (4 ATTEMPTS) | $32.00 | | |
| | | | $58.00 | $0.00 | $58.00 |

I certify the above information to be true and correct. Scott Rutter, Sheriff, DICKINSON County, MICHIGAN

317 • JON ALLEN 07/14/2019

Subscribed and sworn to before me this 14th day of July 2019.

/s/ Sue Ellis 
Notary Public in and for the State of MICHIGAN

FILED
7/11/2019 10:51 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L006827

5727188

FILED DATE: 7/11/2019 10:51 AM 2019L006827

State of Wisconsin
Marquette County
Civil Division
MONTELLO, WI 53949

Process Number: 7681　　　　　　　Court Number: 2019L006827

I, Joseph R Konrath, Sheriff of Marquette County do hereby certify that I received the within and foregoing Summons & Complaint on 27th day of June, 2019, and that I served the same on:

```
BRAKEBUSH BROTHERS INC                                (Defendant    )
N4993 6TH DR
WESTFIELD, WI  53964
Served on: 28th day of June, 2019 at 09:38:00         by Kemnitz, S
Served to: SCOTT SANDERS                              President
           N4993 6TH DR
           WESTFIELD, WI  53964
```

Returned on the 1st day of July, 2019

I also certify that I endorsed on the said copy the date of service, signed my name, and added my official title thereto.

Dated the 1st day of July, 2019

Fees:
  Service:   30.00
  Mileage:    6.08
  Other  :   30.00
  Total  :   66.08         BY: _Deputy Steve Kemnitz_
                           Authorized Representative
                           Civil Division

Appearance — 12-Person Jury — (12/30/15) CCL N530

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
8/6/2019 11:30 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L006827

DEBORAH MASSENGIL,

Plaintiff

v.

JASON JOE JOHNSON and BRAKEBUSH BROTHERS, INC.,

Defendant

No. 2019 L 006827

Calendar: _____

# APPEARANCE

☑ GENERAL APPEARANCE    0900 - APPEARANCE - FEE PAID; 0909 - APPEARANCE - NO FEE;
                                                 0904 - APPEARANCE FILED - FEE WAIVED

☐ JURY DEMAND                  1900 - APPEARANCE & JURY DEMAND - FEE PAID
                                                 1909 - APPEARANCE & JURY DEMAND - NO FEE

The undersigned enters the appearance of:    ☐ Plaintiff    ☑ Defendant

JASON JOE JOHNSON and BRAKEBUSH BROTHERS, INC.

(Insert litigant's name.)

/s/Joseph J. Wilson
Signature

☑ INITIAL COUNSEL OF RECORD    ☐ PRO SE
☐ ADDITIONAL APPEARANCE    ☐ SUBSTITUTE APPEARANCE

A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.

☑ Atty. No.: 41127      ☐ Pro Se 99500

(Please complete the following contact information.)
Name: Joseph J. Wilson/Maisel & Associates
Atty. for: Jason Joe Johnson and Brakebush Brothers, Inc.
Address: 161 N. Clark Street, Suite 800
City/State/Zip: Chicago, IL 60601
Telephone: 312-458-6500
Primary Email: RPMLaw1@Travelers.com
Secondary Email: Jjwilso1@Travelers.com
Tertiary Email: Nakeatin@Travelers.com

**Pro Se Only:** ☐ I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:

_____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

#41127/JJW/nk

FILED
8/6/2019 11:30 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L006827

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| DEBORAH MASSENGIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 2019 L 006827 |
| | ) | |
| JASON JOE JOHNSON and BRAKEBUSH | ) | |
| BROTHER, INC., a Michigan Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO: **Matthew K. Abrams, Rubens, Kress & Mulholland, 134 N. LaSalle Street, Suite 444, Chicago, IL 60602, mka@rkminjurylaw.com**

PLEASE TAKE NOTICE that on August 6, 2019, we shall file with the Clerk of the Circuit Court of Cook County, Illinois, **Defendant Jason Joe Johnson and Brakebush Brothers, Inc.'s Appearance and Jury Demand.**

MAISEL & ASSOCIATES
**Mailing Address**
P.O. Box 64093
St. Paul, MN 55164-0093
312-458-6500
Fax: 855-821-7317
Attorneys for Defendants
General Email: RPMLaw1@Travelers.com

### PROOF OF SERVICE BY ELECTRONIC MAIL

The undersigned, being first duly sworn on oath, deposes and states that on August 6, 2019, she served the above mentioned documents by e-mailing a copy to each party listed above.

                               *Nancy A. Keating*
                               [x] Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

March 25, 2019

*Via e-mail: respence@travelers.com*
Mr. Robert Spence
Travelers Property Casualty
P.O. Box 650293
Dallas, TX 75265-0293

    RE:    **Deborah Massengil v. Jason Johnson and Brakebush Brother, Inc.**
            D/A:        05/29/2018
            Claim No.:  FCJ9077

Dear Mr. Spence:

      As you are aware, this office and the undersigned, represents Deborah Massengil with respect to the above referenced personal injury claim arising out of the vehicular accident of May 29, 2018. Ms. Massengil, a CTA bus driver, was switching out with another driver for lunch when the parked bus was hit with a heavy impact at the front driver's side of the bus by your insured who was driving a semi-truck. The impact caused standing Plaintiff to be jerked around violently in the bus and injured. Obviously, this is 100% liability on the part of your insured who made a wide and fast turn and hit the parked/stopped CTA bus.

      Ms. Massengil had immediate soft tissue injuries and was taken from the accident scene in an ambulance with complaints of neck, upper back and bilateral shoulder pain. At St. Mary's ER she complained of additional pain in her low back and was diagnosed with sprain/strain injuries to her neck, upper and lower back. Plaintiff continued to have pain which worsened in the days following the accident. She was seen at Hyde Park Medical Center where she received treatment in the form of physical therapy, massages and a home exercise program over the next 4-5 months. Due to the extent of her injuries, she was taken off of work on June 5th and did not return until September 11, 2018.

      In July, due to the ongoing pain and physical limitations, Plaintiff underwent an EMG and cervical and lumbar MRIs with each having significant/abnormal findings. She was ultimately diagnosed with radiculopathy and multi-level disc herniations, with particular significant findings at C3-4, C6-7 and at L4-5. At C6-7 she had an epidural injection on September 18, 2018 which provided significant relief for her cervical spine. Similarly, the lumbar herniation was treated conservatively and non-surgically and a

steroid injection was also recommended. Thankfully, the lumbar injuries improved with conservative care and time and did not require the injection.

With this combination of care, injections and pain medication/cream, Ms. Massengil completed treatment on October 9, 2018 having made a good recovery from her injuries over the 4-5 month period. However, as noted in her medical records, while she did return to work full duty with no restrictions, there was some ongoing pain in her neck and lumbar back area for another several weeks even once she completed her care.

We have included a List of Specials providing all treaters, treatment dates and bills for Ms. Massengil's injuries. Her medical bills eclipse $30,000 and she has a lost wage claim of $18,480 for her 14 weeks off of work (a copy of her WC settlement contract is enclosed). Based on her medical specials, lost wages and diagnosed injuries with accompanying pain and suffering, we are demanding $155,000 in full and complete settlement of this claim.

We look forward to receiving your response and acceptance of our demand in the near future.

Very truly yours,

**RUBENS, KRESS & MULHOLLAND**

*Matthew K. Abrams*

Matthew K. Abrams

MKA
Enclosures

## LIST OF SPECIALS

*Deborah Massengil vs. Joe, Jason Johnson*
Date of Accident: 5/29/2018

| | |
|---|---|
| City of Chicago – ambulance<br>Date of Service: **05/29/2018** | $ 1,118.00 |
| St. Mary's Hospital - **ER**<br>Date of Service: **05/29/2018** | $ 4,225.47 |
| **ER Physicians** | **TBD** |
| **Midwest Imaging Professionals**<br>Date of Service: **05/29/2018** | $   454.00 |
| **Hyde Park Medical Center**<br>**Elton Dixon, M.D.**<br>5554 S. Hyde Park Blvd<br>Chicago, IL 60637<br>Date of Service:  **5/30/2018-10/9/18** | $ 8,867.00<br>$ 9,618.00<br>$ 1,572.00<br>$20,057.00 |
| **Preferred Open MRI**<br>1111 E. 87th Street, Ste 900B<br>Chicago, IL 60619<br>DOS: 7/12/2018 | $ 3,000.00 |

**TOTAL MEDICAL SPECIALS:**          $30,427.47

**LOST WAGES**  - **Ms. Massengil earns $1320 per week as CTA bus driver**

- Off work from June 5, 2018 to September 11, 2018 = 14 weeks
- 14 weeks x $1,320 =          **$18,480.00**

**TOTAL SPECIALS**          **$48,907.47**